UNITED STATES of America,
Plaintiff–Appellee

v.

Oscar Alberto AVILES–FIGUEROA,
Defendant–Appellant.

No. 10–40567
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 16, 2011.

James Lee Turner, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Molly Estelle Odom, Esq., Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Oscar Alberto Aviles–Figueroa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Aviles–Figueroa has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.